## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Tizazu Fekadu Arega, | ) | CASE NO.:  3:21CV1480 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. Attorney General, et al., | ) | **ORDER AND JUDGMENT** |
| | ) | **ENTRY** |
| | ) | |
| Respondents. | ) | |

Petitioner Tizazu Arega filed this action contending that he was in ICE custody and had been detained for more than six months.  Arega also asserted that there was no reasonable likelihood that he would be removed in the near future.  Based upon those assertions, Arega alleged that his continued detention was unlawful and sought an order of release.  Upon information, Arega was released from custody on or around the time his petition was received by the Court.   Accordingly, this matter is moot.  *See Willix v. Holder*, No. 1:11CV894, 2012 WL 463830, at *1 (W.D. Mich. Jan. 24, 2012); *Maphorisa v. District Director, ICE*, No. 3:CV-09-0298, 2010 WL 598451, at *2 (M.D. Pa. Feb. 17, 2010); *Beiruti v.Clawson*, No. 1:08CV443, 2009 WL 311077, at *3 (W.D. Mich. Feb. 6, 2009).  This matter is hereby DISMISSED AS MOOT.

IT IS SO ORDERED.


DATED: November 23, 2021          _____/s/ Judge John R. Adams_____
                                                              JUDGE JOHN R. ADAMS
                                                              UNITED STATES DISTRICT COURT